FILED'11 JAN 21 16:14USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** an Illinois corporation,

        Plaintiff,

v.

**UNITED STATES POSTAL SERVICE,**

        Defendant.

Civil No. 09-1325-HU SU

ORDER

---

    John R. MacMillan
    MacMillan Scholz & Marks, PC
    101 SW Main Street, Suite 1000
    Portland, Oregon 97204-3338

        Attorney for Plaintiff

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - ORDER

Sean E. Martin
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

    Attorneys for Defendant

KING, Judge:

    The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on December 27, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Sullivan's Findings and Recommendation dated December 27, 2010 (#21) in its entirety.

    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (#15) is granted.

    DATED this 21 day of January, 2011.

                                        /s/ Garr M. King
                                        GARR M. KING
                                        United States District Judge